## (October 21, 1940.)

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ABRAHAM PINDEK, an Attorney and Counselor at Law, Respondent.— The

court finds that respondent induced his client, a non-resident, to visit respondent's office in this State in order that he might serve her with a summons in an action brought by him against her for legal services by leading her to believe that the visit was for another purpose. For this the respondent is censured. The other charges are dismissed, it appearing that there was no wrongful intent in connection therewith. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.